UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ROSALIO GUZMAN-SALINAS, <br><br> Petitioner, <br><br> v. <br><br> TROY LUND et al., <br><br> Respondents. | Case No. CV 15-9477-DMG (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Respondents' motion to dismiss is granted, the Petition is denied, and Judgment be entered dismissing this action.

DATED: June 8, 2016

                                    DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE