**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO ROSALIO GUZMAN-SALINAS,<br><br>        Petitioner,<br><br>    v.<br><br>TROY LUND et al.,<br><br>        Respondents. | Case No. CV 15-9477-DMG (JPR)<br><br>**J U D G M E N T** |

    Under the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 8, 2016

                                        DOLLY M. GEE<br>
                                UNITED STATES DISTRICT JUDGE