**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICIO ROSALIO GUZMAN-SALINAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TROY LUND et al.,<br><br>　　　　Respondents. | Case No. CV 15-9477-DMG (JPR)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 28, 2017

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE